April 7, 1941

**No. 5212.—** 
*Albert Grosfeld Furn. Imptg. & Mfg. Co., Inc. et al.* v. *United States.* Entered at New York. Not published. Motion by plaintiffs.

**No. 5213.—** *Lilly Daché, Inc.* v. *United States.* Entered at New York. Not published. Motion by plaintiff.